IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPRESSION LABS INC., a Delaware corporation, and FORGENT NETWORKS, INC., a Delaware corporation,<br><br>    Defendants.<br>_____ / | No. C 05-01567 WHA<br><br>**ORDER OF REFERRAL** |

    The Judicial Panel on Multidistrict Litigation transferred several actions concerning United States Patent No. 4,698,672 ("the '672 patent") to the Northern District of California for coordinated or consolidated pretrial proceedings. On May 6, 2005, Judge Phyllis Hamilton issued an order finding the above-captioned action related to those actions within the meaning of Civil Local Rule 3-12(a), but she recused herself due to a financial interest in Microsoft. Judge Hamilton subsequently recused herself from all the MDL cases, which were then reassigned to Judge Maxine Chesney on August 9, 2005.  Because Judge Chesney also recused herself on August 10, 2005, the MDL actions are now assigned to Judge Jeremy Fogel. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Fogel for the purpose of determining whether it is related to those actions.

    **IT IS SO ORDERED.**

Dated: August 25, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE