**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>COMPRESSION LABS INC., a Delaware corporation, and FORGENT NETWORKS, INC., a Delaware corporation,<br><br>            Defendants.<br>_____/ | No. C 05-01567 WHA<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Per the stipulation of the parties, the Court **CONTINUES** the case management conference to **SEPTEMBER 15, 2005, AT 3:30 P.M.**  Please submit your joint case management statement by **SEPTEMBER 12, 2005**.

**IT IS SO ORDERED.**

Dated: September 1, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE