IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>COMPRESSION LABS INC., a Delaware corporation, and FORGENT NETWORKS, INC., a Delaware corporation,<br><br>    Defendants.<br>_____/ | No. C 05-01567 WHA<br><br>**STIPULATION AND ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS:

1. On August 25, 2005, this Court issued an Order of Referral of the instant case to the Honorable Jeremy Fogel for consideration of whether this case is related to MDL action No. 01654, *In re Compression Labs, Inc., Patent Litigation*, now pending before Judge Fogel.

2. On August 30, 2005, the parties filed their respective Statements in Support of this Court's August 25, 2005 Order of Referral in MDL Action No. 01654, *In re Compression Labs, Inc., Patent Litigation*.

3. On September 1, 2005 this Court continued the case management conference then scheduled for September 8, 2005 until September 15, 2005 based upon a stipulation of the parties;

4. Counsel for Microsoft has been informed that Judge Fogel is currently sitting by designation on the United States Court of Appeals for the Ninth Circuit, and that as result the

decision on the August 25, 2005 Order of Referral may not issue until on or after September 15, 2005;

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. In light of Judge Fogel's present unavailability and pending decision regarding the relationship and reassignment of this case to MDL Action No. 01654, the parties hereby stipulate to and respectfully request a continuance of the Case Management Conference currently scheduled to occur before this Court on September 15, 2005 at 3:30 p.m.

2. The parties agree that the Case Management Conference should be continued to the next available date for a case management conference before this Court, which counsel understands to be September 29, 2005 at 3:30 p.m. Given the likelihood of reassignment of this case to Judge Fogel, such continuance would promote the efficient use of this Court's and the parties' resources.

**SIGNATURE ATTESTATION**

I hereby attest that I have on file a holograph signature of Michael A. Futterman of Futterman Dupree LLP to the foregoing Request and Stipulation for Continuance of Case Management Conference where indicated by a "Conformed" signature within this e-filed document.

Dated: September 9, 2005            SIDLEY AUSTIN BROWN & WOOD LLP

                                    By ___s/_____
                                          Bryan K. Anderson

                                    Attorneys for Plaintiff
                                    Microsoft Corporation

Dated: September 9, 2005            FUTTERMAN & DUPREE LLP

                                    By ___s/_____
                                          Michael A. Futterman

                                    Attorneys for Defendants
                                    Compression as, Inc. and Forgent Networks, Inc.

**PROPOSED ORDER**

**PURSUANT TO STIPULATION**,

In the interests of judicial efficiency, this Court hereby **GRANTS** a continuance of the case management conference, currently scheduled for September 15, 2005, 3:30 p.m., to **SEPTEMBER 29, 2005 AT 3:30 P.M.**

**IT IS SO ORDERED.**

Dated: September 13, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE