| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304)<br>O'MELVENY & MYERS LLP |
| 2 | Embarcadero Center West<br>275 Battery Street |
| 3 | San Francisco, CA  94111-3305<br>Telephone:   (415) 984-8700 |
| 4 | Facsimile:    (415) 984-8701 |

**E-filed 2/1/06**

MARK C. SCARSI (S.B. #183926)
MICHELLE L. DAVIDSON (S.B. #218559)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant/Declaratory Judgment Plaintiff
Apple Computer, Inc.

Counsel for Co-Defendants Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION, | Case No.  M:05-CV-01654 JF |
| MICROSOFT CORPORATION,<br><br>v.<br><br>COMPRESSION LABS, INC. and FORGENT NETWORKS, INC. | Case No.  CV-05-1567 JF<br><br>[~~PROPOSED~~] SEALING ORDER GRANTING DEFENDANT AND DECLARATORY JUDGMENT PLAINTIFF APPLE COMPUTER, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL<br><br>Hearing Date: February 13, 2006<br>Hearing Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel |

LA2:789587.1

SEALING ORDER GRANTING MOTION TO
FILE DOCUMENTS UNDER SEAL
M:05-CV-01654 JF

1              SEALING ORDER

2

3        Pursuant to Local Rule 79-5, the Protective Order previously entered in this action,

4  AND THE Declaration of Mark C. Scarsi in support of Apple Computer, Inc.'s

5  Administrative Motion for Leave to File Certain Exhibits to the Declaration of Mark C.

6  Scarsi in Support of Defendants and Declaratory Judgment Plaintiffs' Responsive

7  Markman Brief under seal, it is HEREBY ORDERED that Apple's Administrative

8  Motion for Leave to File Exhibits in Support of Responsive Markman Brief Under Seal is

9  GRANTED.

10       As specified in Apple's motion, the following documents are to be

11  SEALED:

12    1. Exhibit 1 to the Declaration of Mark C. Scarsi in Support of Defendants and
13       Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from
14       deposition of Wen-Hsiung Chen, Ph.D. taken on December 8, 2005);

15    2. Exhibit 2 to the Declaration of Mark C. Scarsi in Support of Defendants and
16       Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from
17       deposition of Daniel Klenke taken on December 16, 2005);

18    3. Exhibit 3 to the Declaration of Mark C. Scarsi in Support of Defendants and
19       Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from
20       deposition of Compression Labs, Inc., ("CLI") taken on January 10, 2006);

21    4. Exhibit 4 to the Declaration of Mark C. Scarsi in Support of Defendants and
22       Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from
23       deposition of CLI taken on January 11, 2006);

24    5. Exhibit 10 to the Declaration of Mark C. Scarsi in Support of Defendants
25       and Declaratory Judgment Plaintiffs' Responsive Markman Brief (article
26       entitled, "Magnum Algorithm Recommendation," by W.H. Chen, B.
27       Chitprasert, D. J. Klenke, T. Lookabaugh and J. A. Zingman, dated Nov. 1,
28       1988);

1   6. Exhibit 11 to the Declaration of Mark C. Scarsi in Support of Defendants
2      and Declaratory Judgment Plaintiffs' Responsive Markman Brief (document
3      by Daniel Klenke, entitled "Cameo Video Codec Algorithm Specification,"
4      dated August 8, 1990);

5   7. Exhibit 15 to the Declaration of Mark C. Scarsi in Support of Defendants
6      and Declaratory Judgment Plaintiffs' Responsive Markman Brief (copy of
7      CLI's vote to approve the JPEG standard, entitled "X3L3 Letter Ballot"
8      dated May 21, 1991);

9   8. Exhibit 16 to the Declaration of Mark C. Scarsi in Support of Defendants
10     and Declaratory Judgment Plaintiffs' Responsive Markman Brief (copy of
11     the ballot results on the vote to approve the JPEG standard, entitled "Ballot
12     Results X3L3 Letter Ballot 92-03 JPEG DIS (Ballot Close 92/03/16)" dated
13     May 17, 1992); and

14  9. Exhibit 19 to the Declaration of Mark C. Scarsi in Support of Defendants
15     and Declaratory Judgment Plaintiffs' Responsive Markman Brief (copy of
16     an article by D. Huffman, entitled "A Method for the Construction of
17     Minimum-Redundancy Codes" published in Proceedings of the IRE, vol. 40
18     (1952) at 1098-1101).

21  IT IS SO ORDERED.

23  Dated: __February 1__, 2006

_____
Jeremy Fogel
United States District Judge