**E-Filed 5/12/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | Case Numbers  M: C 05-01654 JF (RS)<br>C 05-01567 JF (RS) |
| MICROSOFT CORPORATION,<br>       Plaintiff,<br>  v.<br>COMPRESSION LABS, INC., et al.,<br>       Defendants. | ORDER REQUESTING SUPPLEMENTAL BRIEFING |

On March 9, 2006, the Court held a hearing for the purpose of construing key disputed terms in the claims of United States Patents No. 4,698,672 ("the '672 patent").  The Court concludes that it needs additional information from the parties in order to construe the term: "digital signals" and "processed signals."  The parties agree that both terms should be given the same construction, as Defendants note: "The parties agree that the Court should construe the terms 'processed signals' and 'digital signals' identically for the purposes of the claims at issue.  Unless otherwise noted, Defendants use the term 'processed signals' to refer to both 'processed signals' and 'digital signals.'"  Defendants and Declaratory Judgment Plaintiffs' Responsive

Markman Brief, p. 7 n.3.

The Court is inclined to construe the term "processed signals" as limited to video signals, based upon the way this term is defined in the specification of the patent: "The processed signals are in the form of a *plurality* of multivalued digital numbers, X(k), typically one number X(k), for each frame." '672 Patent col.3 ll.54-56 (emphasis added); *see also* '672 Patent col.12 ll.38-43 (providing the meaning of "X(k)").  However, because the Court believes that "processed signals" are a subset of "digital signals," the Court hesitates to give this specific construction also to "digital signals."  The fact that the parties agree that the terms should be given the same construction does not by itself persuade the Court that it also should limit "digital signals" to mean only those digital signals that represent frames of a video.  The Court has found no evidence in the '672 Patent to justify importing a limitation that appears to apply only to "processed signals" to "digital signals."  Accordingly, the Court hereby requests supplemental briefing, which shall address *only* the question of whether "digital signals" and "processed signals" should be given the same construction and, if so, why.  The briefing shall not include argument with respect to the question of whether the term "processed signals" should or should not be limited to video signals.  CLI's brief shall be filed on or before May 19, 2006, and Defendants' brief shall be filed on or before May 26, 2006.  Each brief shall not exceed five pages in length.

IT IS SO ORDERED.

DATED: May 12, 2006

JEREMY FOGEL
United States District Judge

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | John Allcock | JAllcock@graycary.com, lwatts@graycary.com |
| 3 | Amr O. Aly | amr.aly@wilmerhale.com, |
| 4 | Morton Amster | mamster@arelaw.com, |
| 5 | Bryan K. Anderson | bkanderson@sidley.com, grodriguez@sidley.com; sjprobst@sidley.com |
| 6 | William L. Anthony, Jr | wanthony@orrick.com, lbrim@orrick.com |
| 7 | James R. Batchelder | jbatchelder@daycasebeer.com |
| 8 | Robert John Benson | RJBenson@hhlaw.com |
| 9 | Kenneth Martin Bernstein | kbernstein@arelaw.com, |
| 10 | David A. Boag | dboag@arelaw.com |
| 11 | David C. Bohrer | dbohrer@morganlewis.com, giyer@morganlewis.com; elizabeth.kim@morganlewis.com |
| 12 | | |
| 13 | Monte M. Bond | mbond@godwinpappas.com, tsankey@godwinpappas.com; knevill@godwinpappas.com; twight@godwinpappas.com; crourk@godwinpappas.com; mmclemore@godwinpappas.com |
| 14 | | |
| 15 | James Patrick Bradley | jbradley@sidley.com, sstennett@sidley.com |
| 16 | Henry C. Bunsow | bunsowh@howrey.com, lim@howrey.com |
| 17 | Nicholas M. Cannella | ncannela@fchs.com |
| 18 | Joseph M. Casino | jcasino@arelaw.com, |
| 19 | Richard A. Cederoth | rcederoth@sidley.com, rcederot@sidley.com; bdipasqu@sidley.com |
| 20 | Christopher E. Chalsen | cchalsen@milbank.com, vguevara@milbank.com |
| 21 | Michelle Lynn Davidson | MDavidson@omm.com, swhite@omm.com |
| 22 | Lloyd R. Day, Jr | daylr@daycasebeer.com |
| 23 | Denise M. De Mory | demoryd@howrey.com, kasenenkop@howrey.com; crunkt@howrey.com |
| 24 | | |
| 25 | Martin H. Dodd | martin@dfdlaw.com |
| 26 | Jamie L. Dupree | jdupree@dfdlaw.com |
| 27 | Mark D. Flanagan | mflanagan@wsgr.com |
| 28 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |

3

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)

| | | |
|---|---|---|
| 1 | Michael A. Futterman | mfutterman@dfdlaw.com |
| 2 | Brandy Jennifer Glad | jglad@omm.com, lrich@omm.com |
| 3 | Perry M. Goldberg | pgoldberg@irell.com, |
| 4 | Edmund Lee Haag, III | lhaag@fulbright.com, lzoldan@fulbright.com |
| 5 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 6 | Donald R. Harris | dharris@jenner.com, |
| 7 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com; kurt.kjelland@hellerehrman.com; yvonne.somek@hellerehrman.com |
| 9 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 10 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 11 | John M. Hintz | john.hitz@wilmerhale.com, |
| 12 | Adam Hoffman | ahoffman@irell.com, |
| 13 | Michael J. Holston | mholston@morganlewis.com, |
| 14 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 15 | Keith R Hummel | khummel@cravath.com, managing_attorneys_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com; ilampl@cravath.com |
| 18 | Sten Anker Jensen, Esq | sajensen@hhlaw.com |
| 19 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 20 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 21 | Abraham Kasdan | akasdan@arelaw.com |
| 22 | Eric Joseph Klein | eklein@godwingruber.com, sspradlin@godwingruber.com |
| 23 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 24 | John W. Kozak | jkozak@leydig.com |
| 25 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 26 | Todd E. Landis | tlandis@godwingruber.com, bnoriega@godwingruber.com |
| 27 | Kristoffer Leftwich | kleftwich@sidley.com, pjackman@sidley.com |
| 28 | Douglas I. Lewis | dilewis@sidley.com |

4

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)

| | | |
|---|---|---|
| 1 | Stuart Lubitz | slubitz@hhlaw.com, |
| 2 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 3 | Steven R. Manchester | srman@gatespeed.com |
| 4 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 5 | Daniel W. McDonald | dmcdonald@merchant-gould.com, vhanson@merchant-gould.com |
| 6 | Stephen E. Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |
| 7 | | |
| 8 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 9 | Tibor L. Nagy | tnagy@susmangodfrey.com, pwallace@susmangodfrey.com |
| 10 | Susan Garell O'Neill | soneill@hansonbridgett.com, lbucsit@hansonbridgett.com; cagnost@hansonbridgett.com; calendarclerk@hansonbridgett.com; bswenson@hansonbridgett.com |
| 11 | | |
| 12 | Steven P. Petersen | spetersen@leydig.com, |
| 13 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 14 | | |
| 15 | Andrew Paul Price | aprice@fulbright.com, rcontreras@fulbright.com |
| 16 | David T. Pritikin | dpritikin@sidley.com |
| 17 | H. Kenneth Prol | kprol@velaw.com, areiley@velaw.com; smendoza@velaw.com |
| 18 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 19 | Edgar G. Sargent | esargent@susmangodfrey.com, |
| 20 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 21 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 22 | Willem G. Schuurman | bschuurman@velaw.com |
| 23 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |
| 24 | Seungtaik Michael Song | msong@wsgr.com |
| 25 | Stephen D. Susman | ssusman@susmangodfrey.com, ddefranco@susmangodfrey.com |
| 26 | Thomas N Tarnay | ttarnay@sidley.com, jburris@sidley.com |
| 27 | Eric S. Tautfest | etautfest@godwingruber.com, etautfest@yahoo.com |
| 28 | Brooke Taylor | btaylor@susmangodfrey.com, shoutstra@susmangodfrey.com |

5

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)

| | | |
|---|---|---|
| 1 | Max Lalon Tribble, Jr | mtribble@susmangodfrey.com, kallen@susmangodfrey.com |
| 2 | Terrence Joseph Truax | ttruax@jenner.com |
| 3 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 4 | Bart Edward Volkmer, Esq | bvolkmer@wsgr.com |
| 5 | Bruce Hilton Watrous, Jr | bwatrous@graycary.com, |
| 6 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com |
| 7-9 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 10 | Shelley K. Wessels | swessels@wesselslaw.biz |
| 11 | Michael Patrick Wickey | mwickey@hewm.com, |
| 12 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 13 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; sschultz@orrick.com |

6

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)