**E-Filed 6/1/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | Case Numbers  M: C 05-01654 JF (RS)<br>C 05-01567 JF (RS) |
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>COMPRESSION LABS, INC., et al.,<br><br>          Defendants. | ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION |

On March 9, 2006, the Court held a hearing for the purpose of construing key disputed terms in the claims of United States Patents No. 4,698,672 ("the '672 patent"), and the claim construction order currently is under submission. On May 25, 2006, the United States Patent and Trademark Office ("USPTO") issued an "Office Action in Ex Parte Reexamination" with respect to the '672 patent. The action, while not final, rejects nineteen claims of the '672 patent, including five claims that are central to the claim construction presently under submission with this Court. Accordingly, the Court is considering whether to withhold issuance of a claim

1  construction order and stay the instant action pending final action by the USPTO. The parties
2  may submit letter briefs, not to exceed three (3) pages in length, addressing the appropriateness
3  of such an approach on or before June 7, 2006.
4        IT IS SO ORDERED.
5
6  DATED: June 1, 2006
7
8                                     JEREMY FOGEL
9                                     United States District Judge

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION
(JFLC1)

1 | This Order has been served upon the following persons:

| # | Name | Email |
|---|---|---|
| 2 | John Allcock | JAllcock@graycary.com, lwatts@graycary.com |
| 3 | Amr O. Aly | amr.aly@wilmerhale.com, |
| 4 | Morton Amster | mamster@arelaw.com, |
| 5 | Bryan K. Anderson | bkanderson@sidley.com, grodriguez@sidley.com; sjprobst@sidley.com |
| 6 | William L. Anthony, Jr | wanthony@orrick.com, lbrim@orrick.com |
| 7 | James R. Batchelder | jbatchelder@daycasebeer.com |
| 8 | Robert John Benson | RJBenson@hhlaw.com |
| 9 | Kenneth Martin Bernstein | kbernstein@arelaw.com, |
| 10 | David A. Boag | dboag@arelaw.com |
| 11-12 | David C. Bohrer | dbohrer@morganlewis.com, giyer@morganlewis.com; elizabeth.kim@morganlewis.com |
| 13-14 | Monte M. Bond | mbond@godwinpappas.com, tsankey@godwinpappas.com; knevill@godwinpappas.com; twight@godwinpappas.com; crourk@godwinpappas.com; mmclemore@godwinpappas.com |
| 15 | James Patrick Bradley | jbradley@sidley.com, sstennett@sidley.com |
| 16 | Henry C. Bunsow | bunsowh@howrey.com, lim@howrey.com |
| 17 | Nicholas M. Cannella | ncannela@fchs.com |
| 18 | Joseph M. Casino | jcasino@arelaw.com, |
| 19-20 | Richard A. Cederoth | rcederoth@sidley.com, rcederot@sidley.com; bdipasqu@sidley.com |
| 21 | Christopher E. Chalsen | cchalsen@milbank.com, vguevara@milbank.com |
| 22 | Michelle Lynn Davidson | MDavidson@omm.com, swhite@omm.com |
| 23 | Lloyd R. Day, Jr | daylr@daycasebeer.com |
| 24 | Denise M. De Mory | demoryd@howrey.com, kasenenkop@howrey.com; crunkt@howrey.com |
| 25 | Martin H. Dodd | martin@dfdlaw.com |
| 26 | Jamie L. Dupree | jdupree@dfdlaw.com |
| 27 | Mark D. Flanagan | mflanagan@wsgr.com |

3

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION
(JFLC1)

| | | |
|---|---|---|
| 1 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |
| 2 | Michael A. Futterman | mfutterman@dfdlaw.com |
| 3 | Brandy Jennifer Glad | jglad@omm.com, lrich@omm.com |
| 4 | Perry M. Goldberg | pgoldberg@irell.com, |
| 5 | Edmund Lee Haag, III | lhaag@fulbright.com, lzoldan@fulbright.com |
| 6 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 7 | Donald R. Harris | dharris@jenner.com, |
| 8 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com; kurt.kjelland@hellerehrman.com; yvonne.somek@hellerehrman.com |
| 10 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 11 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 12 | John M. Hintz | john.hitz@wilmerhale.com, |
| 13 | Adam Hoffman | ahoffman@irell.com, |
| 14 | Michael J. Holston | mholston@morganlewis.com, |
| 15 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 16 | Keith R Hummel | khummel@cravath.com, managing_attorneys_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com; ilampl@cravath.com |
| 19 | Sten Anker Jensen, Esq | sajensen@hhlaw.com |
| 20 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 21 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 22 | Abraham Kasdan | akasdan@arelaw.com |
| 23 | Eric Joseph Klein | eklein@godwingruber.com, sspradlin@godwingruber.com |
| 24 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 25 | John W. Kozak | jkozak@leydig.com |
| 26 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 27 | Todd E. Landis | tlandis@godwingruber.com, bnoriega@godwingruber.com |
| 28 | | |

4

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION
(JFLC1)

| | | |
|---|---|---|
| 1 | Kristoffer Leftwich | kleftwich@sidley.com, pjackman@sidley.com |
| 2 | Douglas I. Lewis | dilewis@sidley.com |
| 3 | Stuart Lubitz | slubitz@hhlaw.com, |
| 4 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 5 | Steven R. Manchester | srman@gatespeed.com |
| 6 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 7 | Daniel W. McDonald | dmcdonald@merchant-gould.com, vhanson@merchant-gould.com |
| 8 | Stephen E. Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |
| 9 | | |
| 10 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 11 | Tibor L. Nagy | tnagy@susmangodfrey.com, pwallace@susmangodfrey.com |
| 12 | Susan Garell O'Neill | soneill@hansonbridgett.com, lbucsit@hansonbridgett.com; cagnost@hansonbridgett.com; calendarclerk@hansonbridgett.com; bswenson@hansonbridgett.com |
| 13 | | |
| 14 | Steven P. Petersen | spetersen@leydig.com, |
| 15 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 16 | | |
| 17 | Andrew Paul Price | aprice@fulbright.com, tmoon@fulbright.com |
| 18 | David T. Pritikin | dpritikin@sidley.com |
| 19 | H. Kenneth Prol | kprol@velaw.com, areiley@velaw.com; smendoza@velaw.com |
| 20 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 21 | Edgar G. Sargent | esargent@susmangodfrey.com, |
| 22 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 23 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 24 | Willem G. Schuurman | bschuurman@velaw.com |
| 25 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |
| 26 | Seungtaik Michael Song | msong@wsgr.com |
| 27 | Stephen D. Susman | ssusman@susmangodfrey.com, ddefranco@susmangodfrey.com |
| 28 | | |

5

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION
(JFLC1)

| | | |
|---|---|---|
| 1 | Thomas N Tarnay | ttarnay@sidley.com, jburris@sidley.com |
| 2 | Eric S. Tautfest | etautfest@godwingruber.com, etautfest@yahoo.com |
| 3 | Brooke Taylor | btaylor@susmangodfrey.com, shoutstra@susmangodfrey.com |
| 4 | Max Lalon Tribble, Jr | mtribble@susmangodfrey.com, kallen@susmangodfrey.com |
| 5 | Terrence Joseph Truax | ttruax@jenner.com |
| 6 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 7 | Bart Edward Volkmer, Esq | bvolkmer@wsgr.com |
| 8 | Bruce Hilton Watrous, Jr | bwatrous@graycary.com, |
| 9 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com |
| 10, 11, 12 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 13 | Shelley K. Wessels | swessels@wesselslaw.biz |
| 14 | Michael Patrick Wickey | mwickey@hewm.com, |
| 15 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 16 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; sschultz@orrick.com; jcalderon@orrick.com; cwilkes@orrick.com |

6
Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION
(JFLC1)